# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DARYL MARTIN WILLIAMS

NO. 2024 KW 0932

**DECEMBER 23, 2024**

---

In Re:    Daryl Martin Williams, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-14-1012.

---

**BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT DENIED.** Relator failed to meet his burden of proof on his request for DNA testing and his claims for postconviction relief. See La. Code Crim. P. arts. 926.1(B) & 930.2; **State v. Marshall,** 2014-2091 (La. 10/14/15), 177 So.3d 324, 328.

**PMc**
**JEW**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT